UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOUGLAS TRAPP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.13-12752-JCB |
| | ) | |
| MICHAEL CORSINI, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

November 12, 2013

BOAL, U.S.M.J.

1. The motion for leave to proceed in forma pauperis is GRANTED (#2).

2. The motion for appointment of counsel (#3) is DENIED WITHOUT PREJUDICE.

Under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, the court may appoint counsel for a "financially eligible" habeas petitioner if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2). In determining whether the interests of justice require the appointment of counsel, the court must examine the totality of the circumstances, focusing on whether the petitioner has presented a colorable claim, the complexity of the legal issues, the intricacy of any factual issues, and the petitioner's ability to represent himself. See United States v. Guadalupe-Quinones, 65 Fed. Appx. 329, 333 (1st Cir. 2003); Abdullah v. Norris, 18 F.3d 571, 573 (8th Cir. 1994).[1] Because the petition has not been served and the respondent has not replied to the petition, the Court cannot yet determine whether the interests of justice require the appointment of counsel. The petitioner may renew his motion after the respondent has been served with and

---

[1] In addition, if the Court decides to conduct an evidentiary hearing on the petition, the interests of justice will require appointment of counsel. See Rule 8(c) of the Rules Governing Section 2254 Cases ("If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A.").

replied to the petition.

    A separate order of service will issue.


SO ORDERED.

                                            /s/ Jennifer C. Boal
                                            Jennifer C. Boal
                                            United States Magistrate Judge